IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIJAH R. WILLIAMS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 23-CV-3945 |
| | : | |
| **ANTHONY CASO**, *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 12th day of April, 2024, upon consideration of Plaintiff Elijah R. Williams's "Amended Complaint" (ECF No. 14), construed instead by the Court to be a Motion pursuant to Federal Rule of Civil Procedure 15(d) to Supplement the Complaint, it is hereby **ORDERED** that for the reasons set forth in the accompanying memorandum, the Motion is **DENIED**.

Further, the Clerk of Court is **DIRECTED** to substitute B. Bonita Martin as a Defendant in place of "Unknown New Jersey Prosecutor."

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*