IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIJAH R. WILLIAMS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 23-CV-3945 |
| | : | |
| **ANTHONY CASO,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 26th day of March, 2025, upon consideration of Defendant B. Bonita Martin's *Motion to Dismiss*, (ECF No. 47), Plaintiff Elijah R. Williams's Response in opposition, (ECF No. 49) and Supplement (ECF No. 51), and Defendant's Reply (ECF No. 54); and this Court's authority to screen the Williams Second Amended Complaint, (ECF No. 44), it is hereby **ORDERED** that:

1. Defendant's motion to dismiss is **DENIED** for the reasons set forth in the Court's accompanying Memorandum;

2. Defendant B. Bonita Martin shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4); and

3. All claims against Defendants Kent Thornton, Esther Suarez, an Unknown Montgomery County Supervisor, an Unknown Montgomery County Detective, an Unknown Hudson County Detective, and an Unknown Hudson County Detective Supervisor/Prosecutor are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. No leave to amend any dismissed claim is afforded at this time pending discovery on Williams's other claims.

BY THE COURT:
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

Case 2:23-cv-03945-NIQA    Document 56    Filed 03/26/25    Page 2 of 2