# EXHIBIT  5

**Search Warrant and**
**Affidavit of Probable Cause**

| Commonwealth of Pennsylvania | | APPLICATION FOR **SEARCH WARRANT** AND AUTHORIZATION |
|---|---|---|
| **COUNTY OF** MONTGOMERY | | |

| Docket Number (Issuing Authority): | Police Incident Number: 2021-1816 | Warrant Control Number: 06112I |
|---|---|---|
| Detective Anthony Caso | MCDB | 610-278-3842    6-11-2021 |
| *AFFIANT NAME* | *AGENCY* | *PHONE NUMBER*    *DATE OF APPLICATION* |

IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED *(Be as specific as possible):*
Two (2) black Apple iPhones currently stored with Elijah William's (DOB 06-02-1983) property located at the Montgomery County Correctional Facility.

SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED *(Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):*
*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.
Montgomery County Correctional Facility
60 Eagleville Road
Eagleville, Pa. 19403

Store property of Inmate Elijah Williams, DOB 06-02-1983)

NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED *(If proper name is unknown, give alias and/or description):*
Elijah Williams 38 year old B/M, DOB 06-02-1983 / Incarcerated at the Montgomery County Correctional Facility

| VIOLATION OF *(Describe conduct or specify statute):* | DATE(S) OF VIOLATION: |
|---|---|
| Criminal Homicide | July 10, 2020 |

■ ***Warrant Application Approved by District Attorney – DA File No.*** _____
*(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)*
☐ ***Additional Pages Attached (Other than Affidavit of Probable Cause)***

■ ***Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages:  7***

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED
The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure and is located at the particular premises or in the possession of the particular person as described above.

| | MCDB | 17 |
|---|---|---|
| *Signature of Affiant* | *Agency or Address if private Affiant* | *Badge Number* |

Sworn to and subscribed before me this 11ᵗʰ day of June , 2021. Mag. Dist. No. 38-1-01

160 w. Germantown Pike, East Norr (SEAL) 19401

| *Signature of Issuing Authority* | *Office Address* | |
|---|---|---|

**SEARCH WARRANT**
TO LAW ENFORCEMENT OFFICER:

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

■ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **
_____ M, o'clock _____

☐ This Warrant shall be returned to judicial officer _____
* The Issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this 11ᵗʰ day of June 2021 at 2:45 PM, o'clock.

| | 38-1-01 | 1/2024 | (SEAL) |
|---|---|---|---|
| *Signature of Issuing Authority* | *Mag. Dist. or Judicial Dist. No.* | *Date Commission Expires:* | |

Title of Issuing Authority: ☒ Magisterial District Judge ☐ Common Pleas Judge ☐ _____

☐ ***For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 2011)***

_____ (Date) **(SEAL)**

*Signature of Issuing Authority* (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).
AOPC 410A-10

*(right margin, vertical text:)* TO BE COMPLETED BY THE ISSUING AUTHORITY

## Affidavit of Probable Cause

I, Detective Anthony Caso of the Montgomery County District Attorney's Office Detective Bureau having been duly sworn to law upon our oath depose and say:

## Homicide Information

On July 10, 2020, at approximately 12:37 PM the Jersey City Police Department was notified of a lifeless male with one gunshot wound to the head. Upon response to the scene, members of the Jersey City Police Department observed the victim, Yusef Mathis, sitting in the passenger seat of a 2004 Chevy Malibu bearing New Jersey temporary registration V33196. Upon further inspection, it was learned that Yusef Mathis appeared to have suffered one gunshot wound to the right side of his head. The victim was later pronounced deceased by Dr. Neely of the Jersey City Medical Center at 12:52 PM.

The post mortem examination revealed that one (1) wound and one (1) projectile were recovered from the right side of the victim's head that appeared to be at close range. Based on some of the preliminary facts that detectives received from the victim's family and close friends, Doctor Conti of Regional Medical Examiner Office left the cause and manner of death to both be pending police investigation at this time.

## Follow-up Investigation

When members of the Hudson County Prosecutors Office Homicide Unit arrived on-scene, they located, LaTonia Mathis, the decedent's wife, Sakiyna Lovelace, the decedent's sister, and Samuel martin, AKA "Pop", the decedent's friend were all present on the homicide scene.

## LaTonia Mathis Interview:

On July 10, 2020, Hudson County Prosecutors Office Detective Thornton interviewed LaTonia who stated she last saw her husband Yusef Mathis on July 9, 2020, around 5:00 PM.  LaTonia said she spoke with Yusef via "FaceTime" and he stated, "I'm chilling" in a brief and non-descriptive conversation.  This happened at approximately 9:25 PM and she could not reach Yusef by phone at any time after their conversation.

LaTonia tried to call Yusef numerous times: (7/10/2020 at 12:24 AM), (07/10/2020 at 12:31 AM), (7/10/2020 at 11:51 AM), but was unable to reach him.  Latonia then tried to search for him and enlisted the help of "Pop" (later identified as Samuel Martin D.O.B.  6/20/1989) to help look for Yusef.

LaTonia said "Pop" [Samuel Martin] shared a screenshot with her and other family members of a text message Yusef sent him on July 9, 2020 at 9:05 PM. The text message read that he was with an individual named "Eli from Forrest". LaTonia provided Detective Thornton with Yusef's cellular phone number, 201-238-1439 as well as a cellular phone number for "Pop" [Samuel Martin], 551-241-8994.  LaTonia did not know who "Eli" was and never heard of him prior to Yusef's death.  Lastly, LaTonia provided detectives with Yusef's second cellular phone number, 646-408-4897.

## Sakiyna Lovelace Interview:

Lovelace told detectives she last texted Yusef on July 9, 2020 at 5:14 PM and told him that he had a court date coming up via "Zoom"; Yusef did not reply to this text.  Lovelace said that her brother's good friend, "Pop" [Samuel Martin] called her on the morning of July 10, 2020, asking if she has heard from her brother.  Lovelace told "Pop" [Samuel Martin] she did not speak with

him or see him. "Pop" [Samuel Martin] also told her that he received a text message from Yusef, that read he was with "Eli from Forrest", and would text him when he was good. Lovelace added since no one had heard from Yusef since, July 9, 2020 at 9:05 PM, that she, Pop [Samuel Martin] and LaTonia Mathis headed out to try to locate him.

Lovelace said a friend, "Jamel", located Yusef's car in the area of Forrest Street and Clerk Street, so she, LaTonia, and "Pop" [Samuel Martin] all went to the area to attempt to locate the Yusef. Lovelace opened up the driver's side door of Yusef's car and saw him inside, slumped over with dried blood coming out of his left ear. Lovelace and Latonia began to touch Yusef's body and moved him in the process. Lovelace said the victim had an undisclosed amount of US Currency in his front left jean pocket.

Lovelace told detectives she believes "Eli from Forrest", was Elijah Williams DOB 6-2-1983 from Forrest Street. Detectives showed Lovelace a HIDTA photograph of Elijah Williams and she confirmed the photograph was whom she knows as "Eli from Forrest Street." Detectives placed this photograph into evidence.

## Samuel Martin, AKA "Pop", Interview:

Martin told detectives he has been friends with Yusef Mathis for many years. Yusef last text Martin on July 9, 2020, at approximately 9:05 PM and told him that he was with "Eli from Forrest and will text him when he is good." Martin does not know anyone that goes by the name of "Eli" from Forrest" [Street] and that he had never heard the victim speak of this person.

Martin Said he was in touch with the Yusef's family on the morning of July 10, 2020 and they all agreed to meet up to look for Yusef and his vehicle.

Martin confirmed they eventually located the car in the area of Clerk Street and Forrest Street in Jersey City

After the interview, Martin provided detectives with more information off-camera. Martin said when they all found the victim's vehicle he approached the passenger side door and peeked inside for a closer look. Inside the car, Martin observed a set of car keys on the passenger seat along with a .38 revolver. Martin said either the Yusef's sister [Sakiyna Lovelace] or his wife [LaTonia Mathis] then opened all the doors to the vehicle.

Martin said he removed the revolver from the passenger seat and passed the gun off to a friend who was in the area. Martin would not provide the name of the person to whom he passed gun. Martin added the victim's wife and sister were also touching the victim and hysterically crying.

### Jalil Burns

As part of this ongoing investigation, detectives received information that Jalil Burns, also known as "Big Ben", was an individual considered to have a point of contention with Yusef Mathis. Latonia Mathis told detectives were allegedly best friends up until last year, until their arrests in September of 2019. Latonia Mathis so they were no longer friends after this incident occurred.

Detectives confirmed on September 14, 2019, Yusef Mathis, Jalil Burns and Yairisa Lizardo were arrested by the Jersey City Police Department (File number 20-012062). This arrest resulted in the Jersey City Police finding drugs and a firearm in a vehicle Yusef owned. Family members, and close friends to Yusef told detectives there was a disagreement between Burns and Yusef because Burns wanted him to take the charge for the firearm. Based upon Burns criminal history, he could be "trigger locked" federally with a

potential ten-year mandatory sentence. Yusef told LaTonia he would only admit to his own wrongdoing, and not take ownership of the gun.

On July 12, 2020, detectives spoke with a reliable source whose information will not be disclosed in this affidavit of probable cause due to the reliable source's fear of retaliation, including serious bodily injury or death. The reliable source told detectives that Jalil Burns, AKA "Big Ben" hired Elijah Williams, "Eli" to kill Yusef. The reliable source told detectives Burns wanted Williams to kill Yusef because he [Williams] had beat a previous murder case in Camden, New Jersey and had recently been released from jail. The confidential source also stated that in February of 2020, Jalil Burns, AKA "Big Ben" engaged in a physical altercation with Yusef where he slapped him in the face, and ran away. The reliable source said this altercation occurred because Yusef would not take responsibility for the gun charge that he and Burns were currently facing.

## Elijah Williams, AKA "Eli"

On December 7, 2020, Elijah Williams, DOB 06-02-1983, was arrested by the Pottstown Borough Police Department and charged with firearms offenses after being found in possession of a Glock 17 handgun. Elijah Williams is the same male individual identified by Sakiyna Lovelace, as "Eli from Forrest" and the last person know to be Yusef Mathis. Williams was incarcerated at the Montgomery County Correctional Facility. Upon processing into the Montgomery County Correctional Facility, Williams was found to be in possession of two (2) black Apple iPhones. These Apple iPhones are currently within the personal property of Elijah Williams at the correctional facility.

## Conclusion

Based on my training, knowledge and experience, I am familiar with cell phone technology. I am aware cellular phones, such as Apple iPhones are "smart devices," and these types of phones are capable of accessing the Internet, making and receiving phone calls, sending and receiving email, sending and receiving text messages, and taking pictures. The user of the phone can also install programs referred to as applications or "apps" which will help facilitate the above actions.

These applications can be anything from photo editing apps, messaging apps, apps for sports, email apps, etc. Users of these apps can often communicate with other users using the same applications. The apps can operate just like text messaging with a user sending and receiving anything from files to photographs. Often these apps will download photos or other electronic communications and store them on the phone. These photos or other electronic communications can be stored in other apps on the phone, used in other apps on the phone, and be stored on the phone anywhere within the data of the phone.

Your affiant has previously investigated crimes and other offenses, including but not limited Homicides, utilizing the forensic evidence, such as incoming and outgoing phone calls, text messages, emails and photos, located within a cellular telephone to locate evidence of crimes. Based on these investigations, your affiant knows that those who commit crimes, such as homicide, use cellular telephones to communicate with co-defendants or "lookout" that will warn the person of approaching witnesses or law enforcement.

Your affiant also knows that those who commit crimes, such as homicide, use cellular telephones to communicate with co-defendants or victims prior to

committing their crimes.  These communications can include a meeting places, times of departure, modes of transportation and other particulars of the crimes are discussed in the hours leading up to and after committing their crimes..

Upon reviewing the facts of this case herein, your affiant believes based on the information detailed in this probable cause, that Elijah Williams could have communicated with Yusef Mathis prior to his death, with Jalil Burns prior to or after Yusef Mathis' death or with unknown persons to include co-conspirators before or after Yusef Mathis' death.  Furthermore, your affiant believes that these communications could be stored within Elijah William's two (2) black Apple iPhones.

Based on the facts outlined in this probable cause, your affiant respectfully request a Search Warrant be authorized granting the seizure of Elijah Williams' two (2) black Apple iPhones currently stored with his property located at the Montgomery County Correctional Facility.  These phones will be turned over to the Jersey City Police Department to be used in their active investigation.

6/11/2021

CASO #17

Date

Detective Anthony Caso MCDB

**SWORN TO AND SUBSCRIBED BEFORE ME THIS** 11 **DAY OF June,** **2021**

**Judge**

Marc A. Alfarano
Magisterial District Judge
Montgomery County, PA
District Court 38-1-01
My Commission Expires
1st Monday of January, 2024