# EXHIBIT  4

**Detective Bonita Martin's**
**Probable Cause Statement**

1. I, Bonita Martin, have been a Police Officer in the State of New Jersey for the past six (7) years; I am presently employed by the Hudson County Prosecutor's Office in the capacity of Detective. On December of 2010, I graduated from the University of Phoenix with an Associate's Degree in Psychology. From January 2014-June 2014 June of 2014, I attended the Morris County Public Safety Academy, Basic Police Course in Morristown, NJ. The course consisted of twenty (20) weeks of training and I received basic training in various types of in which included physical training, classroom, and tactical scenarios. I am currently assigned to the Hudson County Prosecutor's Office Homicide Unit. I have been so assigned for approximately 11 months.  Prior to being assigned as a Detective with the Homicide Unit, I was employed by the Hudson County Prosecutor's Office in the capacity of a Detective assigned to the In-Court Unit from February 2017 to March of 2019. As a Detective in the In-Court Unit, I worked alongside Assistant Prosecutors and assisted with trial preparation.  In March of 2019, I attended John E. Reid and Associates educated on the behavioral symptom analysis of homicide investigations as well as major case studies. I am currently engaged in the investigation detailed herein, involving the forgoing specified crimes, in furtherance of which this Affidavit is submitted. I have participated in many different aspects of said investigations which include but are not limited to the following: the use of fixed surveillance, detailed background checks of suspects, handling and use of confidential informants, and execution of search warrants. In my present capacity, I am empowered to conduct investigations of and make arrests for violations of the Criminal Homicide Laws of the State of New Jersey and other specified crimes. That the facts which establish the grounds for this application and the probable cause of my belief that such grounds exist are as follows.

2.  In the course of performing my duties as a Detective with the Hudson County Prosecutor's Office Homicide Unit, I am currently assigned the duty of investigating the death of Yusef Mathis (DOB 2-12-1988); who was found with a gunshot wound to his head in front of 226 Clerk Street Jersey City, New Jersey on Friday, July 10, 2020.

MC003

3. At approximately 12:37 PM the Jersey City Police Department was notified of a lifeless male with one gunshot wound to the head. Upon response to the scene, members of the Jersey City Police Department observed the victim, Yusef Mathis, sitting in the passenger seat of a 2004 Chevy Malibu bearing New Jersey temporary registration V33196. Upon further inspection it was learned that Yusef Mathis appeared to have suffered one gunshot wound to the right side of his head. The victim was later pronounced deceased by Dr. Neely of the Jersey City Medical Center at 12:52 PM

4. Upon arriving at 226 Clerk Street, members of the Hudson County Prosecutor's Office Homicide/Crime Scene Unit observed a dark colored tinted out Chevy Malibu parked on the east side of Clerk Street in front of 226 with temporary New Jersey Registration V33196. The vehicle was parked on top of the curb with a rear driver's side flat tire. Seated in the driver's seat of the vehicle was a lifeless male with an apparent gunshot wound to the right side of his head.

5. The Regional Medical Examiner responded to the scene and removed the decedent from the driver's side door, who was later identified as Yusef Mathis DOB 2-12-1988. When the victim was removed from the vehicle detectives observed one gunshot wound above the victim's right ear which appeared to be at close range. The vehicle was then towed back to the Homicide Unit located at 555 Duncan Avenue and the crime scene unit began to process it.

6. The vehicle was processed by detectives of the Hudson County Prosecutor's Office Crime Scene unit. No firearm, shell casing or other ballistic evidence was located within the vehicle. Detectives did not locate any cellular devices within the vehicle.

7. The post mortem examination revealed that 1 wound and 1 projectile were recovered from the right side of the victim's head which appeared to be at close range. But based on some of the preliminary facts that detectives received from the victim's family and close friends, Doctor Conti of Regional Medical Examiner Office left the cause and manner of death to both be pending police investigation at this time.

MC004

8.    When members of the Hudson County Prosecutors Office Homicide Unit arrived on-scene, LaTonia Mathis, the decedent's wife was present and was asked if she wished to speak with detectives concerning the incident. She obliged and was taken to 555 Duncan Avenue to be interviewed at the Homicide Unit.

9.    On July 10th, 2020, Det. Thornton interviewed Ms. Mathis.   Ms. Mathis stated that she last saw her husband Yusef Mathis on July 9th, 2020 around 5:00 PM. She stated that she spoke with Yusef via "FaceTime" and he stated "I'm chilling" in a brief and non-descriptive conversation. She stated that this happened at approximately 9:25 PM.

10.   Ms Mathis could not reach Yusef by phone at any time after their conversation. She continued to try to speak with him numerous times 12:24 AM (7/10/2020), 12:31 AM (7/10/2020), and 11:51 AM (7/10/2020). Latonia then tried to search for him and enlisted the help of "Pop" (later identified as Samuel Martin D.O.B.  6/20/1989) to help look for Yusef.

11. Mrs. Mathis informed detectives that   "Pop" shared a screenshot of a text message from Yusef to him from July 9, 2020 at 9:05 PM, with her and other family member. The message stated that he was with an individual named "Eli from Forrest".

12. Mrs. Mathis provided Det. Thornton with Yusef's cellular phone number as, **201-238-1439** and the cellular phone number for "Pop" as **551-241-8994**. She stated that she did not know who "Eli" was and never heard of him prior to Yusef's death. Mrs. Mathis provided Detectives with Yusef's second number **646-408-4897**

MC005



13. Also present at the scene when detectives arrived was Sakiyna Lovelace, the decedent's sister. She was asked if she wished to speak with detectives concerning the incident. She obliged and was taken to 555 Duncan Avenue to be interviewed at the Homicide Unit.

14. Ms. Lovelace stated she last texted the victim at 5:14 PM on July 9th and told him that he had a court date coming up via Zoom.  He did not reply to this text.

15.  She stated that her brother's good friend "Pop" called her on the morning of July 10, 2020  asking if she has heard from her brother.  She stated that she did not speak with him or see him.

"Pop" also told her that he received a text message from the victim who stated he was with "Eli from Forrest, and would text him when he was good.

16. Ms. Lovelace stated that she, Pop and Latonia Mathis then headed out to try and locate the decedent since no one had heard from him since 9:05 PM on July 9, 2020.

MC006

17. She stated that a friend Jamel, located his car in the area of Forrest Street and Clerk Street.  They then headed to the area to attempt to locate the decedent.

18. Ms. Lovelace stated she opened up the driver's side door and saw her brother slumped over with dried blood coming out of his left ear. She stated that she and the victim's wife began to touch his body and move the victim. She also stated that the victim had an undisclosed amount of US Currency in his front left jean pocket.

19. Ms. Lovelace stated that she believes Eli from Forrest Street is Elijah Williams DOB 6-2-1983.  She was shown a HIDTA photograph of Elijah Williams and confirmed that the photograph was who she knows as "Eli from Forrest Street." The photograph was subsequently placed into evidence.

20. Also present when members of the Hudson County Prosecutors Office Homicide Unit arrived on-scene, was Samuel Martin, AKA "Pop."  He was asked if she wished to speak with detectives concerning the incident. He agreed and was taken to 555 Duncan Avenue to be interviewed at the Homicide Unit.

21. Martin stated that he was friends with the victim for many years.  He stated that the victim had texted him July 9, 2020 around 9:05 PM and told him that he was with "Eli from Forrest and will text him when he is good."

MC007



22.   Pop stated that he does not know anyone that goes by the name of "Eli" from Forrest Street and that he had never heard the victim speak of this person.

23. Martin stated he was in touch with the victim's family on the morning of July 10, 2020 and they agreed to meet up and go looking for Yusef and his vehicle. He confirmed they eventually located the car in the area of Clerk Street and Forrest Street in Jersey City

24. When the recorded interview had ended, Martin provided more information off-camera. He stated that when they found the victims vehicle he approached the passenger side door of the vehicle peeked inside a little closer and observed the car keys on the passenger seat along with a .38 revolver. He stated either the victim's sister or wife then opened all the doors to the vehicle.

25. Martin stated that he removed the revolver from the passenger seat and passed the gun off to a friend who was in the area. Martin would not provide the name of the person he passed the gun to. He also stated that the victim's wife and sister were also touching the victim and hysterically crying. Martin refused to go back on camera and became uncooperative at that time.

MC008

26. It should be noted Sakiyna called an Elijah Williams during her interview. During her record interview Sakiyna asked Eli if he knew another Eli from Forrest Street. His response was Oh Shit. Yeah he is tall and skinny. It should be noted during our investigation no one else from the area of Forrest knows of a tall and skinny "Eli." Only "Eli" known to the area is Elijah Williams. Elijah Williams recently was found not guilty of two homicides in Camden, New Jersey and was recently released from jail.

27. Sakiyna provided Detectives with Elijah Williams contact



number.

28.    During the course of this investigation Detectives learned Jalil Burns also known as "Big Ben" was an individual considered as a point of contention with Yusef.  Latonia Mathis mentioned this because they were allegedly best friends last year up until they were both arrested in September of 2019. They were no longer friends after this incident occurred.

29. Detetctives confirmed that on September 14, 2019 Yusef Mathis was arrested with Jalil Burns and Yairisa Lizardo, Jersey City Police Department (File number 20-012062). Police found drugs and a firearm in a vehicle that Yusef owned. Family members, and close friends to Yusef stated there was a

MC009

disagreement between Jalil Burns and Yusef after the arrest. Jalil Burns wanted Yusef to take the charge for the firearm; however, Yusef told his wife he would only admit to his own wrongdoing. Based upon his criminal history, Burns could be trigger locked federally with a potential ten year sentence.

30. On July 12, 2020, Detectives spoke with a reliable source stating Jalil Burns a.k.a."Big Ben" hired Elijah Williams a.k.a. "Eli" to kill Yusef since he beat a previous murder case in Camden, New Jersey and had recently been released from jail. This confidential source also stated that in February of this year, Jalil Burns a.k.a "Big Ben" engaged in a physical altercation where he slapped the decedent in the face, at which time he ran away.  The reliable source stated that this happened because Yusef would not take responsibility for the gun charge that he and Jalil Burns were currently facing.

31. On December 7, 2020, Elijah Williams was arrested by officers of the Pottstown Borough police department and charged with possession of a Glock 17 handgun. This individual is the same individual identified by Ms. Lovelace.

32. Williams was incarcerated at the Montgomery County Correctional Facility. During processing, he was found to be in possession of two (2) black iPhones. These phones are currently within the personal property of Elijah Williams at the correctional facility.

33. Based upon my training, education and experience, coupled with the information gathered during this investigation, I have reason to believe and do believe a search of the cellular telephone device(s) will reveal evidence, such as a records of communications, location information, text messages and data which connects suspects, witnesses and victims to each other, the criminal activity and / or the crime scene, of the previously listed crimes.

34. Based on my training, education and experience, I am also aware that individuals use the text messaging features on their cellular telephones to communicate, at times covertly, with each other. A review of those text messages will reveal the nature of those communications and provide information relative to

telephone users and, most probably, the aforementioned criminal activity.


I, Bonita L. Martin, am a detective within the Hudson County Prosecutor's Office located at 595 Newark Avenue, Jersey City, New Jersey 07302:

1. I am a detective assigned to the investigation regarding the death of Stephanie Jacques and am familiar with the facts set forth herein.

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


<u>/s/BONITA L. MARTIN</u>

Bonita L. Martin #244
Detective – Homicide Unit
Hudson County Prosecutor's Office

MC011