**[Clerks Office Only]**

**Name:**

**Elijah Williams**

**Email Address:**

**essentiallyelite456@gmail.com**

**Phone Number**

**(862) 230-2691**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**WILLIAMS v. CASO et al**

**Case Number**

**2:23-cv-03945-NIQA**

**Description of Document(s)**

**Motion to Amend Complaint**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**109 DeKalb St.**

**Mailing Address Line 2**

**City:**

**Bridgeport**

**State:**

**PA**

**Zip Code:**

**19405**

**Other**

**Terms of Submission**

**Yes**

Hide empty values